UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOURTHERN DIVISION

| | |
|---|---|
| MORRIS SMITH,<br><br>    Plaintiff,<br><br> vs.<br><br>ROBIN M. EICH, Attorney and Counselor at Law, in her individual and official capacity,<br><br>    Defendant. | 4:20-CV-04047-KES<br><br><br>ORDER DIRECTING PLAINTIFF TO PAY THE FULL FILING FEE OR MOVE FOR IN FORMA PAUPERIS STATUS |

On March 10, 2020, plaintiff Morris Smith filed a pro se civil rights lawsuit. Docket 1. Under the Prison Litigation Reform Act (PLRA), a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). At this time, Smith has not moved for in forma pauperis status or in the alternative, has not paid the full filing fee.

Thus, it is ORDERED:

1. That Smith must pay the full filing fee of $400.00 or move for in forma pauperis status by October 13, 2020. If Smith does not comply by the date, his complaint will be dismissed without prejudice for failure to prosecute.

Dated September 11, 2020.

            BY THE COURT:

            /s/ *Karen E. Schreier*
            KAREN E. SCHREIER
            UNITED STATES DISTRICT JUDGE