UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MORRIS SMITH,<br><br>  Plaintiff,<br><br>vs.<br><br>ROBIN M. EICH, Attorney and Counselor at Law, *official and individual capacity*,<br><br>  Defendant. | 4:20-CV-04047-KES<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE |

Plaintiff, Morris Smith, filed a pro se civil rights lawsuit. Docket 1. Under the Prison Litigation Reform Act (PLRA), a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). This court ordered Smith to move for in forma pauperis status or pay the full filing fee by October 13, 2020. Docket 3. At this time, Smith has not moved for in forma pauperis status or in the alternative, has not paid the full filing fee.

Thus, it is ORDERED that Smith's complaint (Docket 1) is dismissed without prejudice for failure to prosecute.

Dated October 22, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE